**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NOS. 3:97CR54 & 3:98CR220**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> ) <br> **VS.** ) <br> ) <br> ) <br> **JOHN STRASSINI** ) <br> _____ ) | **O R D E R** |

    **THIS MATTER** is before the Court to exonerate the real estate lien note and deed of trust posted as bond for the Defendant herein.

    Defendant entered a plea in these matters on December 7, 1998, and was subsequently released pending sentencing on a secured bond in the amount of $75,000 posted by the Defendant and his wife, Rebecca A. Strassini in the form of a Real Estate Lien Note and Deed of Trust. The note and deed of trust are being held by the Clerk until final disposition of this case.

    Defendant was sentenced by the undersigned on August 24, 1999, to a term of 72 months imprisonment and reported to the LSCI at Butner,

North Carolina, on May 23, 2000. There being no further liability on the bond, the Court will order it exonerated.

**IT IS, THEREFORE, ORDERED** that the bond herein referenced is hereby exonerated and the Clerk of Court is directed to write across the face of the Real Estate Lien Note and Deed of Trust that the bond has been exonerated and the Note and Deed of Trust are satisfied, and return same to the Grantors, John and Rebecca Strassini, in care of Sean P. Devereux, Attorney at Law, 22 South Pack Square, Suite 1100, Asheville, North Carolina, 28801.

Signed: February 3, 2006

Lacy H. Thornburg
United States District Judge